**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Francis A. Lubawy<br>Jean M. Lubawy aka Jean M. Rickerd<br><u>Debtors</u> | CHAPTER 7<br><br>BKY. NO. 16-21762 CMB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of JPMorgan Chase Bank, N.A., and index same on the master mailing list.

Re: Loan # Ending In: 0607

                Respectfully submitted,

                **/s/ James C. Warmbrodt, Esquire**
                James C. Warmbrodt, Esquire
                <u>jwarmbrodt@kmllawgroup.com</u>
                Attorney I.D. No. 42524
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                Phone: 215-627-1322
                Fax: 215-627-7734
                Attorney for Movant/Applicant